UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY JACKSON,

                Plaintiff,

      -against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

                Defendants.

**ORDER**

23 Civ. 4020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for September 7, 2023, at 10:15 a.m., is adjourned to **September 7, 2023, at 3:45 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        September 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge