

# HACH H&R ROSE
ATTORNEYS AT LAW

April 24, 2024

**BY ELECTRONIC FILING**

HONORABLE PAUL G. GARDEPHE
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

   RE: **JERRY JACKSON V. EMD LOGISTICS, ET AL.**
      **CASE NO.: 1:23-CV-04020-PGG**

Your Honor:

  The parties submit this joint letter to advise the Court that settlement discussions before Judge Ona. T. Wang on March 14, 2024 were unsuccessful. The parties further certify that they have completed fact discovery in this case.

             Respectfully submitted,

             Evan Bane, Esq.

cc:

    Nadine Ibrahim, Associate Attorney
    GALLO VITUCCI KLAR LLP
    90 Broad Street, Suite1202
    New York, New York 10004
    Office Phone: (212) 683-7100, ext. 124
    Email: nibrahim@gvlaw.com

