UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY JACKSON,

            Plaintiff,

    -against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

            Defendants.

**ORDER**

23 Civ. 4020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Trial is scheduled for **July 15, 2024, at 9:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    The following schedule will apply to pre-trial submissions:

- the joint pretrial order, motions in limine, proposed voir dire, and requests to charge are due by **June 17, 2024**; and
- any responsive papers are due by **June 24, 2024**.

The final pre-trial conference will take place on **Friday, July 12, 2024, at 10:30 a.m.**

Dated: New York, New York
       May 29, 2024

SO ORDERED.

*[Signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge