UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY JACKSON,

                Plaintiff,

    -against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

                Defendants.

**ORDER**

23 Civ. 4020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The final pre-trial conference in this case currently scheduled for Friday, July 12, 2024, is rescheduled for **Thursday, July 11, 2024, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         July 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge