UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY JACKSON,

                Plaintiff,

      -against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

                Defendants.

**ORDER**

23 Civ. 4020 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court today, Plaintiff's motion in limine (Dkt. No. 30) is denied as moot.

      The Clerk of Court is directed to terminate the motions. (Dkt. Nos. 30, 32)

Dated: New York, New York
       July 11, 2024

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge