**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JERRY JACKSON,

                Plaintiff,                    23 **CIVIL** 4020 (PGG)

      -against-                         **JUDGMENT**

EMD LOGISTICS LLC, and DERICK L.
HERNANDEZ,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  that after a Jury

Trial before the Honorable Paul G. Gardephe, United States District Judge, the jury having

returned a verdict in favor of Defendants.  The Complaint is hereby dismissed.


**DATED:**  New York, New York
          July 19, 2024


                             DANIEL ORTIZ
                          _____

So Ordered:                     Acting Clerk of Court

                            BY:

_____           _____
   U.S.D.J.                          Deputy Clerk