UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JERRY JACKSON,

                Plaintiff,

      -against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

                Defendants.

**ORDER**

23 Civ. 4020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place on **December 5, 2024, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The purpose of the conference is for the Court to rule on Plaintiff's pending motion for a new trial. (See Dkt. No. 47)

Dated: New York, New York
       December 2, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge