UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY JACKSON,

                Plaintiff,

-against-

EMD LOGISTICS LLC, and DERICK L. HERNANDEZ,

                Defendants.

**ORDER**

23 Civ. 4020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated on the record at today's proceeding, Plaintiff's motion for a new trial (Dkt. No. 47) is denied. The Clerk of Court is directed to terminate the motion. (Dkt. No. 47)

Dated: New York, New York
       December 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge